UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON IAGOUNOV,<br><br>   Petitioner,<br><br>   v.<br><br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,<br><br>   Respondent. | No. 2:25-cv-1288 AC P<br><br>ORDER |

Petitioner, a prisoner proceeding without an attorney, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On April 11, 2025, petitioner filed a motion to proceed in forma pauperis in the form of a letter.  ECF No. 2.  This does not meet the requirements of 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner will therefore be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis, with the required certificate or trust account statement, or pay the required filing fee ($5.00).  See id.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a complete in forma pauperis application using this court's form and a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the petition and/or the

1

certification required on the application form.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

    2.  The Clerk of the Court is directed to send petition a copy of the in forma pauperis form used by this district.

DATED: May 12, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE