UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON IAGOUNOV,<br><br>            Petitioner,<br><br>     v.<br><br>U.S. District Court Easter District of California,<br><br>            Respondent. | No. 2:25-cv-1288 AC P<br><br>ORDER |

By an order filed May 12, 2025, petitioner was ordered to file a completed in forma pauperis application using the court's form and a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 9. Because the court's order was returned as undeliverable mail, petitioner was instructed to update his address. On May 28, 2025, petitioner updated his address. The court re-served it's May 12, 2025, order. The thirty-day period, from reservice of the order, has now expired, and petitioner has not filed an application, paid the fees, or otherwise responded to the court's order. Petitioner will be given one final opportunity to submit an application or pay the fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, petitioner shall submit a complete in forma pauperis application using this court's form and a certified copy of his prison trust account statement for the six-month period immediately

1

preceding the filing of the petition and/or the certification required on the application form. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: July 28, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE