UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON IAGOUNOV,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,<br><br>　　　　Respondent. | No.  2:25-cv-1288 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　By order filed May 12, 2025, petitioner was ordered to file a completed in forma pauperis application using the court's form and a certified copy of his prison trust account statement and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 9.  After petitioner failed to file a completed application or pay the fee, he was given an additional twenty-one days to comply and warned that failure to comply would result in a recommendation that this action be dismissed without further warning.  ECF No. 10.  The twenty-one-day period has long expired, and petitioner has not filed an application to proceed in forma pauperis, paid the filing fee, or otherwise responded to the court's orders.

　　　　Moreover, although it appears from the file that petitioner's copy of the last court order directing petitioner to file a completed application or pay the fee was returned, petitioner was re-served with the court's last order at his updated address on August 4, 2025.  The re-served order

was not returned as undeliverable. Despite this, he has not responded to this court's orders.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 8, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE